THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR23-0144-JCC |
| Plaintiff, | ORDER |
| v. | |
| SEE WOOK CHUNG, | |
| Defendant. | |

This matter comes before the Court on Defendant's motion for early termination of supervised release (Dkt. No. 5). Finding good cause, the Court hereby GRANTS the motion for the reasons explained herein.

Defendant pleaded guilty to Conspiracy to Commit Wire Fraud. (*See* Dkt. No. 2-1.) The Court sentenced him to 18 months of imprisonment, followed by three years of supervised release with special conditions including restitution. (*See* Dkt. No. 2-2.) After completing his prison sentence on August 8, 2023, Defendant began his term of supervised release which is set to expire August 7, 2026. (*See* Dkt. No. 7.) Defendant now moves for early termination of supervised release, citing his compliance with the conditions of supervision, stable residence and family life, consistent employment, and elder care responsibilities. (*See generally* Dkt. No. 5.) The United States Probation and Pretrial Services Office supports early termination and indicates that the Government does not oppose early termination. (Dkt. No. 7 at 1.)

ORDER
CR23-0144-JCC
PAGE - 1

1        The Court may terminate a term of supervised release after one year of supervision "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In deciding whether early termination is appropriate, the Court must consider several factors, including the nature and circumstances of the offense, the history and characteristics of the defendant, the need to deter criminal conduct, the need to protect the public from further crimes, and the need to avoid sentence disparity among similarly situated defendants. 18 U.S.C. § 3583(e) (citing to factors listed by 18 U.S.C. § 3553(a)); *United States v. Emmett*, 749 F.3d 817, 820 (9th Cir. 2014). Given Defendant's performance on supervision, along with other considerations as outlined in his motion, the Court finds that early termination of supervised release would be in the interest of justice in this instance.

        Accordingly, Defendant's motion for early termination of supervised release (Dkt. No. 5) is GRANTED.

        DATED this 12th day of September 2024.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR23-0144-JCC
PAGE - 2